**Order entered July 8, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00054-CV

**BARBARA MEREDITH, Appellant**

**V.**

**OXFORD TOWNHOMES, LLC, ET AL., Appellees**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-10-07847-B**

## ORDER

We **GRANT** appellant's July 7, 2015 unopposed amended fourth motion for an extension of time to file a brief. Appellant shall file a brief by **JULY 10, 2015**. We caution appellant that no further extension of time will be granted absent extraordinary circumstances.

/s/     ELIZABETH LANG-MIERS
          JUSTICE